JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION; BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUST<br><br>Plaintiffs,<br><br>v.<br><br>NEVADA COMMERCIAL FLOORING, INC., LLC; and DOES 1-10, inclusive,<br>Defendants. | Case No. 2:15-CV-05932-ODW-E<br><br>**JUDGMENT** |

On August 5, 2015, Plaintiffs Carpenters Southwest Administrative Corporation and Board of Trustees for the Carpenters Southwest Trusts (collectively "Plaintiffs") filed this action against Defendant Nevada Commercial Flooring, Inc., LLC ("Defendant") under the Employee Retirement Income Security Act of 1974 ("ERISA"). (ECF No. 1.) The Clerk of Court entered a default against Defendant on October 15, 2015. (ECF Nos. 13, 14.) On June 22, 2016, this Court granted Plaintiffs' Motion for Entry of Default Judgment against Defendant. (ECF No. 28.)

In accordance with that Order, it is hereby **ORDERED**, **ADJUDGED**, and

**DECREED** as follows:

1. Defendant is liable for the third cause of action in Plaintiffs' Complaint for specific performance;

2. Defendant shall allow Plaintiffs and/or a representative designated by Plaintiffs to enter upon Defendant's premises during business hours to examine and copy the following business records: all job cost records, general check register and check stubs, bank statements and canceled checks, general ledgers, worker compensation insurance reports, financial statements, cash disbursements ledgers, corporate income tax returns, employee time cards, payroll journals, individual earnings records of all employees, form W-2, 1099 and 1096 submitted to the U.S. Government, quarterly state tax returns, health and welfare and pension reports for all other trades, cash receipts' journal, copies of all contracts and all material invoices;

3. Plaintiffs shall recover from Defendant the sum of Five Hundred and Forty Dollars ($540.00) in attorneys' fees; and

4. Plaintiffs shall recover costs from Defendant as evidence by a Bill of Costs.

**IT IS SO ORDERED.**

June 23, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**